AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>**AGUSTIN MEZA LOPEZ**<br>*Defendant* | Case No. 25-mj-1354 |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 30, 2025, in the County of Erie, in the Western District of New York, the defendant, an alien, was found in the United States, after previously being removed or deported from the United States, without prior authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Sections 1326(a).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

DANIEL A. WHITTEN
ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION
*Printed name and title*

Sworn to before me and signed telephonically.

Date: September 4, 2025

*Judge's signature*

City and State: Buffalo, New York

HONORABLE JEREMIAH J. McCARTHY
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK )
COUNTY OF ERIE         ) SS:
CITY OF BUFFALO       )

Daniel A. Whitten, being duly sworn deposes and states:

1. I am an Enforcement Officer with United States Customs and Border Protection ("CBP"), within the Department of Homeland Security ("DHS"), and have been so employed for the past 16 years. Prior to that, I was employed by the same Agency, in a similar capacity, for 5 years. In such capacity, my duties include investigating individuals suspected of violating Federal immigration laws and other related Federal statutes and crimes.

2. As part of my current duties, I have become involved in an investigation of a suspected violation Title 8, United States Code, Section 1326(a).

3. I make this affidavit in support of the annexed criminal complaint charging Agustin MEZA LOPEZ, hereinafter referred to as the "Defendant," an alien, not a citizen or national of the United States, born in 1995, in Mexico, with being found in the United States without the expressed consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, after having been deported or removed from the United States, in violation of Title 8, United States Code, Section 1326(a).

4.      This affidavit is being submitted for the limited purpose of securing a Criminal Complaint. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the Defendant did knowingly violate Title 8, United States Code, Section 1326(a).

## PROBALBE CAUSE

5.      At approximately 3:00 a.m. on August 31, 2025, at the Lewiston Bridge Port of Entry in Lewiston, New York, in the Western District of New York, the Defendant was encountered by CBP Officer J. Frank, who was working in primary lane 4 at that time. The defendant was an occupant in a Virigina plated vehicle that made a wrong turn onto the Bridge. The defendant claimed to be a Mexican citizen did not present any identity documents at that time. He was referred to secondary to determine his identity and immigration status in the United States.

6.      CBP Officer M. Moscicki conducted an electronic search of the Defendant's fingerprints in FBI and immigration databases to verify his identity and any immigration history he may have in the United States. The fingerprint search revealed that the Defendant was an identical match to FBI number 2 XEAHDXXX and Finger Print Identification Number 1311772XXX. Records associated to the indexed FBI number and the immigration fingerprint identification number revealed that the Defendant was ordered removed from the United States, via an Expedited Removal Order, on August 16, 2021 and physically removed

from the United States on August 19, 2021. The FBI and immigration fingerprint identification records referenced alien file number 209 141 XXX.

7. Your affiant, on September 3, 2025, received, electronically, from the National Records Center copies of deportation documents from alien file number A 209 141 XXX. Included was immigration form I-296 (Notice to Alien Ordered Removed/Departure Verification). Immigration form I-296 contained the Defendant's photograph, right index fingerprint impression and signature verifying his physical deportation to Mexico on August 19, 2021. Immigration form I-296 provided a warning to the Defendant that he is prohibited from entering, attempting to enter, or being found in the United States without the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security.

8. A review of electronic immigration records associated to alien file A 209 141 XXX failed to reveal that the Defendant had applied for or received requisite permission from the Attorney General or the Secretary for the Department of Homeland Security to reenter the United States.

WHEREFORE, I respectfully submit the foregoing facts to establish probable cause to believe that on August 31, 2025, Agustin MEZA LOPEZ, an alien, was found in the United States after having been previously deported or removed from the United States, without the requisite permission from the Attorney General of the United States or the Secretary for the

Department of Homeland Security, in violation of Title 8, United States Code Section 1326(a).

_____
DANIEL A. WHITTEN
Enforcement Officer
U.S. Customs and Border Protection

Sworn and subscribed to before me telephonically
on this 4th day of September 2025.

_____
HONORABLE JEREMIAH J. McCARTHY
United States Magistrate Judge

4